**Order entered January 12, 2023**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-01259-CV

**YVETTE C. BRANCH, Appellant**

**V.**

**MATTHEW BERGIN AND KATHERINE BERGIN, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07239**

### ORDER

This appeal is the second appeal concerning the underlying case. The clerk's record has been filed as has the reporter's record of the hearing on appellant's motion for new trial. Before the Court is appellant's motion to transfer the reporter's record from the first appeal, appellate cause number 05-22-00004-CV, to this appeal. Appellant asks the record be transferred and filed as of December 29, 2022, the date the record of the new trial hearing was filed, and

further asks the reporter who filed the record of the new trial hearing be ordered to refile that record as a supplemental record.

We **GRANT** the motion to the extent we **ORDER** a copy of the reporter's record from appellate cause number 05-22-00004-CV be filed in this appeal and **DIRECT** the Clerk of the Court to redesignate the December 29, 2022 new trial hearing record as a supplemental reporter's record.

Appellant's brief remains due January 27, 2023.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE